```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
```

LOUISIANA STATE,                             CIVIL ACTION
INDIVIDUALLY AND ON BEHALF
OF STATE OF LOUISIANA,
DIVISION OF ADMINISTRATION
OFFICE OF COMMUNITY
DEVELOPMENT, EX REL.


VERSUS                                       NO: 07-5528


AAA INSURANCE, ET AL                         SECTION: "J"(2)


**<u>ORDER</u>**

Before the Court is a Motion for Appeal from the Magistrate Judge's April 22, 2013 Severance Order **(Rec. Doc. 456)**, filed by American National Property and Casualty Company, American National General Insurance Company, and ANPAC Louisiana Insurance Company (collectively "ANPAC Defendants"). Plaintiff, the State of Louisiana, has filed an opposition (Rec. Doc. 469), to which the ANPAC Defendants have replied. (Rec. Doc. 478) The motion was set for hearing on Wednesday, May 22, 2013 at 9:30 a.m., on the briefs.

Under Federal Rule of Civil Procedure 72(a), a party may apply to the district court for review of a magistrate judge's

order on a non-dispositive pretrial matter within 14 days of service with the order. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). With respect to a non-dispositive pre-trial order, like the severance order in this case, the district court must set aside or modify any part of the order that is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); <u>Steward v. Mississippi</u>, No. 07-184, 2007 WL 4375210, at *1-2 (S.D. Miss. Dec. 12, 2007) (applying the "clearly erroneous or contrary to law" standard in the context of a motion for review of a Magistrate Judge's decision to sever a plaintiff's claim and require that plaintiff to file an amended complaint). Having independently considered the motion, the parties' memoranda, the record, and the applicable law, the Court finds that the Magistrate Judge's severance order was not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Accordingly,

    **IT IS ORDERED** that the ANPAC Defendants' Motion for Review of the Magistrate Judge's Order **(Rec. Doc. 456)** is **DENIED**.

    New Orleans, Louisiana, this 3rd day of July, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE